UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Harry Siers, | : |
|                         Plaintiff,<br>   v. | : Civil Action No.: 1:13-cv-01534-RBK-JS |
| Credit Bureau Collection Services, Inc. ; and DOES 1-10, inclusive, | : |
|                       Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 31, 2013

                                                      Respectfully submitted,

                                                      By: /s/ Sofia Balile

                                                      Sofia Balile, Esq.
                                                      Lemberg & Associates LLC
                                                      1100 Summer Street
                                                      Stamford, CT 06905
                                                      Phone: (917) 981-0849
                                                      Fax:    (203) 653-3424

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By  /s/ Sofia Balile_____

                                            Sofia Balile